**WALEY v. JOHNSTON, Warden.**

**No. 11592.**

Circuit Court of Appeals, Ninth Circuit.
Sept. 4, 1947.
Writ of Certiorari Denied Nov. 10, 1947.
See 68 S.Ct. 145.

Harmon M. Waley, in pro. per., for appellant.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The appellant admits that the instant petition is his fifteenth application for a writ of habeas corpus filed before Federal Courts in the Ninth Circuit, and that in it he alleges nothing other than that which he has heretofore urged as a ground for his release. The order of the court below denying the petition for a writ of habeas corpus is affirmed, upon the authority of Salinger v. Loisel, 265 U.S. 224, 230, 231, 44 S.Ct. 519, 68 L.Ed. 989; Waley v. Johnston, 9 Cir., 139 F.2d 117, certiorari denied, 321 U.S. 779, 64 S.Ct. 617, 88 L.Ed. 1072, rehearing denied, 321 U.S. 804, 64 S. Ct. 845, 88 L.Ed. 1090; Swihart v. Johnston, 9 Cir., 150 F.2d 721, 722, certiorari denied, 327 U.S. 789, 66 S.Ct. 803, 90 L.Ed. 1016; Garrison v. Johnston, 9 Cir., 151 F.2d 1011, 1013, certiorari denied, 328 U.S. 840, 66 S.Ct. 1009, 90 L.Ed. 1615; Wilson v. Johnston, 9 Cir., 154 F.2d 111, certiorari denied, 328 U.S. 872, 66 S.Ct. 1366, 90 L.Ed. 1642; McMahan v. Johnston, 9 Cir., 157 F.2d 915, certiorari denied, 331 U.S. 813, 67 S.Ct. 1197.

**UNITED STATES of America v. Max LE FORCE.**

**No. 3541.**

Circuit Court of Appeals, Tenth Circuit.
Aug. 8, 1947.

Robert E. Shelton, U. S. Atty., of Oklahoma City, Okl., for appellant.

James Barnett, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal docketed and dismissed pursuant to stipulation.